89-2233

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2000

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (NO. VI) ) <br> ) <br> ──────────────────────── ) <br> ) <br> This Document Relates to United States ) <br> District Court for Maryland ) <br> ) <br> (See Attachment A) ) <br> ) <br> ──────────────────────── ) | MDL 875 |

AND NOW, this **11th** day of **August**, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

_Charles R. W_____
Charles R. Weiner

CONLIB1\JC6\47141.01(10DH01!.DOC)